

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2014

No. 04-13-00750-CR

Larry **CASTRO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0307A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

After Megan V. Cook was appointed to represent appellant on appeal, we ordered appellant's brief due March 10, 2014. We subsequently granted an extension of time to file the brief until April 10, 2014. Appellant has filed another motion for extension of time, requesting until May 10 to file the brief.

We grant the motion in part and order appellant's attorney to file the brief by **May 9, 2014** (60 days after the originally due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court